COHEN KINNE VALICENTI & COOK LLP
David Valicenti (*pro hac vice*)
  *dvalicenti@cohenkinne.com*
Christopher M. Hennessey (*pro hac vice*)
  *chennessey@cohenkinne.com*
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *mblecher@blechercollins.com*
Kristen M. Peters (State Bar No. 252296)
  *kpeters@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant
BOSTON SYMPHONY ORCHESTRA, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONS OF AMERICA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SYMPHONY ORCHESTRA, INC., a Massachusetts nonprofit corporation,<br><br>Defendant. | Case No. CV 13-4355 PA (JEMx)<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY TO DISMISS FOR IMPROPER VENUE OR TRANSFER VENUE**<br><br>Judge: Hon. Percy Anderson<br><br>Date:  October 28, 2013<br>Time:  1:30 P.M.<br>Ctrm:  15 |

Defendant Boston Symphony Orchestra, Inc. (the "BSO") hereby moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, or in the alternative, to dismiss pursuant to and 12(b)(3) for improper venue or transfer venue to the District of Massachusetts, pursuant to 28 U.S.C. §§ 1404 or 1406(a).

In support of this motion, the BSO submits the Declaration of Raymond F. Wellbaum with Exhibits A-C, the Declaration of Thomas D. May and a memorandum of points and authorities.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on August 8, 2013.

Dated: August 23, 2013

COHEN KINNE VALICENTI & COOK LLP
David Valicenti
Christopher M. Hennessey
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

By:   /s/ David Valicenti
      DAVID VALICENTI
      Attorneys for Defendant BOSTON SYMPHONY ORCHESTRA, INC

57077.1