COHEN KINNE VALICENTI & COOK LLP
David Valicenti (*pro hac vice*)
  dvalicenti@cohenkinne.com
Christopher M. Hennessey (*pro hac vice*)
  chennessey@cohenkinne.com
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  mblecher@blechercollins.com
Kristen M. Peters (State Bar No. 252296)
  kpeters@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant
BOSTON SYMPHONY ORCHESTRA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VISIONS OF AMERICA, LLC,, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SYMPHONY ORCHESTRA, INC., a Massachusetts nonprofit corporation,<br><br>Defendant. | Case No. CV 13-4355 PA (JEMx)<br><br>**NOTICE OF ERRATA**<br><br>The Hon. Percy Anderson |

TO THE COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Boston Symphony Orchestra, Inc. hereby corrects the following documents:

1. Document No. 27, Declaration of Ray F. Wellbaum in Support of Defendant's Motion to Dismiss Complaint for Lack of Personal Jurisdiction, or Alternatively to Dismiss for Improper Venue or Transfer Venue was filed with an electronic signature to the Declaration, instead of a written signature. The corrected version of the Declaration of Ray F. Wellbaum is being filed in the traditional manner.

2. Document No. 27-2, Exhibit B to the Declaration of Ray F. Wellbaum was filed incorrectly. Instead of Exhibit B being attached, Exhibit A was duplicated. The corrected version of the Exhibits are being filed with the Declaration in the traditional manner.

3. Document No. 28, Declaration of Thomas D. May in Support of Defendant's Motion to Dismiss Complaint for Lack of Personal Jurisdiction, or Alternatively to Dismiss for Improper Venue or Tranfer Venue was filed with an electronic signature, instead of a written signature. The corrected version of the Declaration of Thomas D. May is being filed in the traditional manner.

Dated: August 26, 2013

COHEN KINNE VALICENTI & COOK LLP
David Valicenti
Christopher M. Hennessey
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399


By /s/ David Valicenti
Attorneys for Defendant BOSTON SYMPHONY ORCHESTRA, INC.

57103.1