COHEN KINNE VALICENTI & COOK LLP
David Valicenti (*pro hac vice*)
 dvalicenti@cohenkinne.com
Christopher M. Hennessey (*pro hac vice*)
 chennessey@cohenkinne.com
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Facsimile: (413) 442-9399

BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
 mblecher@blechercollins.com
Kristen M. Peters (State Bar No. 252296)
 kpeters@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant
BOSTON SYMPHONY ORCHESTRA, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONS OF AMERICA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SYMPHONY ORCHESTRA, INC., a Massachusetts nonprofit corporation,<br><br>Defendant. | Case No. CV 13-4355 PA (JEMx)<br><br>**DECLARATION OF THOMAS D. MAY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY TO DISMISS FOR IMPROPER VENUE OR TRANSFER VENUE**<br><br>Judge: Hon. Percy Anderson<br>Date: October 28, 2013<br>Time: 1:30 P.M.<br>Ctrm.: 15 |

# DECLARATION OF THOMAS D. MAY

Pursuant to 28 U.S.C. § 1746, Thomas D. May declares as follows:

1. The facts contained in this declaration are within my personal knowledge and are true and correct.

2. I am employed by Boston Symphony Orchestra, Inc. (the "BSO") as Chief Financial Officer. I have held that position for 17 years.

3. The BSO is a non-profit entity organized in the Commonwealth of Massachusetts. It was incorporated in 1918. The BSO has always been a Massachusetts entity. It is not presently, and has never been, incorporated in California or any other location other than Massachusetts.

4. All of the BSO's operations are located in Massachusetts. Its main office is in Boston.

5. We have no offices, employees, company files, telephones or bank accounts in California.

6. Documents containing information related to this case, including the concerts at issue and documents concerning revenue, advertisement and promotional materials, and email communications are located at Symphony Hall in Boston.

7. The BSO is not licensed to do business in California, nor does it hold any other license in California.

8. The BSO has no registered agent for service of process in California.

9. The BSO has never owned or leased property in California and has not paid or been required to pay taxes in California.

///
///
///
///
///
///

10. In my position as CFO, I am familiar with the BSO's financial information. I have reviewed the BSO's revenue from contributions, ticket sales and from tour fees for the last three years (2010, 2011 and 2012) and isolated the portion of revenue that was received from California. Revenue from California averaged 0.97% of the BSO's total revenue during those years.

I declare under the penalties of perjury that the foregoing is true and correct. Dated this 22st day of August, 2013.

_____
Thomas D. May, CFO